**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **SAMSON KIDANE-ASRES** | **CIVIL DOCKET NO. 6:26-CV-0954** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA, ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by Samson Kidane-Asres, an immigration detainee at the Pine Prairie Correctional Center in Pine Prairie, Louisiana.

On April 7, 1993, a Texas immigration judge ordered the Petitioner removed from the United States to Ethiopia. *See* Declaration of Richard Polanco, doc. 7-1, ¶¶ 4-6. On October 25, 1996, the Petitioner was released and placed under an Order of Supervision. However, Petitioner was subsequently convicted in the Northern District of Texas of Conspiracy to Commit Identity Theft. He was sentenced to seventy-two months incarceration with the Bureau of Prisons. On August 6, 2025, Petitioner's Order of Supervision was revoked. Petitioner was served with a Notice of Revocation and taken into Immigration and Customs Enforcement ("ICE") custody. *Id.* at ¶¶ 7-9.

ICE Enforcement and Removal Operations ("ERO") initially requested travel documents from Ethiopia on October 7, 2025, according to Supervisory Detention and Deportation Officer Polanco. *Id.* at ¶ 11. The Ethiopian embassy responded on January 7, 2026, and suggested that Petitioner could be an Eritrean citizen. The Department of Homeland Security Headquarters Removal Division ultimately confirmed that Petitioner was from Ethiopia. On or about April 13,

2026, ERO made a request to the Headquarters Removal Division to obtain travel documents for Ethiopia. *Id*. at ¶¶ 12-16.

According to the June 15, 2026, Response to the Petition, ERO is actively continuing efforts to obtain the travel documents necessary to effectuate Petitioner's removal to Ethiopia and once the documents are obtained, removal will be scheduled. *Id*. at ¶ 17

**IT IS ORDERED** that, within thirty (30) days from the date of this Order, the Government provide an updated declaration indicating whether it received a response from Ethiopia; whether Ethiopia has agreed to accept Petitioner; and the current status of its efforts to remove Petitioner.

THUS DONE AND SIGNED in Lake Charles, Louisiana, on this 19th day of October, 2026.

THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE